UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMETRIA DAVIS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>ATHENAHEALTH, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:16-cv-03592-SCJ<br>)<br>)<br>)<br>)<br>) |

## ORDER

The parties' **JOINT MOTION TO STAY CASE PENDING MEDIATION AND TO ISSUE NOTICE TO PUTATIVE CLASS MEMBERS** is hereby **GRANTED**. All deadlines in this case including Defendant's responsive pleading deadline are hereby stayed pending the result of the Parties' efforts to settle this case.

Within five (5) business days of the date of this Order, Defendant shall provide to Plaintiff a spreadsheet containing the names of the all individuals that have held the title of "Senior Client Implementation Support Analyst" from the date three years preceding the date of this Order through September 4, 2016

1

containing each Analyst's (1) name, (2) job title(s), (3) dates of employment as a Senior Client Implementation Support Analyst, (4) last known address and telephone number, and (5) last known personal email address if available.

Counsel for Plaintiff shall issue the Notice attached to Docket Entry No. 14 as Exhibit A via U.S. mail and electronic mail to all individuals on the Class List. Counsel for Plaintiff shall inform Defendant of the date Notice is issued.  Putative class members shall have sixty (60) days from the date notice is issued to file consents to participate in this case.  Plaintiffs' Counsel may mail or email one reminder notice during the notice period.

During the sixty (60) day opt-in period, Defendant shall informally produce to Plaintiff for settlement purposes only pay records for each opt-in, as well as records that reflect the number of hours each Analyst worked each week and records of the weeks in which each Analyst worked "go-lives" out of the office prior to September 4, 2016, to the extent Defendant is in possession, custody or control of such documents.

During the sixty (60) day opt-in period, each opt-in shall produce to Defendant any documents in his or her possession, custody or control reflecting either the number of hours he or she worked for Defendant before September 4,

2016 or the weeks in which he or she worked on "go-lives" out of the office, to the extent each opt-in intends on relying upon this information at mediation.

The parties shall produce these records as individuals file consents to particulate in the lawsuit.

Following the Opt-In Period, the Parties shall convene an in-person mediation within forty-five (45) days of the end of the Opt-In Period and shall report to this Court the result of the Parties' settlement efforts. If the mediation is not successful, the Parties shall propose a schedule for Defendant's responsive pleading, as well as submission of a Joint Preliminary Planning Report and Initial Disclosures.

This 7th day of a November, 2016.

                                        s/Steve C. Jones_____
                                        United States District Judge