UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMETRIA DAVIS, individually and on behalf of all similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 1:16-cv-03592-SCJ |
| ATHENAHEALTH, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Davis, on behalf of herself and the Opt-in Plaintiffs ("Plaintiffs"), and Defendant athenahealth, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Court's previous order approving the settlement of this FLSA Collective action, (ECF No. 55), hereby stipulate to the dismissal of this action with prejudice.  Except as otherwise agreed by the parties in their Settlement Agreement, all parties shall bear their own costs and attorneys' fees relating to this action.

Respectfully submitted this 20th day of June 2017.

/s/ Reena Desai
NICHOLS KASTER, PLLP
MN Bar No. 0388311
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
rdesai@nka.com

MAYS & KERR, LLC
John L. Mays
Georgia Bar No. 986574
235 Peachtree St. NE
202 North Tower
Atlanta, GA 30303
Direct/Fax: (404) 855-0820
john@maysandkerr.com

NICHOLS KASTER, LLP
Matthew C. Helland, CA Bar No. 250451
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel: (415) 277-7235
Fax: (415) 277-7238
helland@nka.com

*Attorneys for Plaintiff and the Conditionally
Certified Class*

/s/ Eric Magnus
JACKSON LEWIS P.C.
Georgia Bar No.: 801405
1155 Peachtree Street, NE
Suite 1000
Atlanta, Georgia 30309
T: (404) 525-8200
F:  (404) 525-1173
magnuse@jacksonlewis.com

*Attorney for Defendant*

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel certifies that this document was prepared in compliance with LR 7.1.  This document was prepared in Times New Roman 14-point font.

*/s/ Reena I. Desai*
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, I electronically filed the foregoing **Stipulation to Dismiss with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of all attorneys of record

*/s/ Reena I. Desai*